# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2868

_____

Alan Cole Onstad

*Plaintiff - Appellant*

v.

Ray Hobbs, Director, Arkansas Department of Correction; Larry Mays, Deputy Director, Arkansas Department of Correction; Danny Burl, Warden, East Arkansas Regional Unit, ADC; Todd Ball, Deputy Warden, East Arkansas Regional Unit, ADC; Dexter Payne, Deputy Warden, East Arkansas Regional Unit, ADC; Raymond Naylor, Disciplinary Hearing Administrator, Arkansas Department of Correction; John Doe, Disciplinary Hearing Judges, Arkansas Department of Correction

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: November 7, 2013
Filed: November 14, 2013
[Unpublished]

_____

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Alan Onstad appeals the district court's[1] interlocutory order denying his motion seeking a preliminary injunction.  Upon careful review, we conclude that the district court did not abuse its discretion in denying injunctive relief.  See Novus Franchising, Inc. v. Dawson, 725 F.3d 885, 893 (8th Cir. 2013) (standard of review); see also Goff v. Harper, 60 F.3d 518, 520 (8th Cir. 1995) (in prison context, request for injunctive relief must always be viewed with great caution because judicial restraint is especially called for in dealing with complex and intractable problems of prison administration).[2]

Accordingly, we affirm.  See 8th Cir. R. 47B.  We also deny Onstad's motion for oral argument.

------------------------------

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

[2]We further note that, to the extent the district court also denied a request for a temporary restraining order, we lack jurisdiction to review that denial.  See Hamm v. Groose, 15 F.3d 110, 112-13 (8th Cir. 1994) (appellate court lacks jurisdiction to review denial of temporary restraining order).